```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 34052
    CLARENCE HAMPTON
    MARVA J HAMPTON                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-8483     SSN XXX-XX-1376
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/14/04 and confirmed on 12/28/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  23300.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 12857.57 | .00 | 12857.57 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 1437.65 | .00 | 1437.65 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 997.54 | 109.51 | 997.54 |
| ALLIED DATA CORP | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FREEDOM CARD GOLD MASTER | UNSECURED | 879.79 | 100.30 | 879.79 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 923.83 | 101.21 | 923.83 |
| T MOBILE | UNSECURED | 576.22 | 67.14 | 576.22 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 774.35 | 91.24 | 774.35 |
| T MOBILE | UNSECURED | 1156.50 | 142.32 | 1156.50 |

       Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14295.22 | 997.54 | 4310.69 | .00 | 19603.45 |
| PRINCIPAL PAID | 14295.22 | 997.54 | 4310.69 | .00 | 19603.45 |
| INTEREST PAID | .00 | 109.51 | 502.21 | .00 | 611.72 |
| TOTAL PAID | 14295.22 | 1107.05 | 4812.90 | .00 | 20215.17 |

The Debtor's attorney, JOSEPH WROBEL ESQ         , was allowed $   2700.00
and was paid $   606.00  direct and $   2094.00  through the plan.

The Trustee received $    986.04 .

Refunds to the Debtor totaled $      4.79 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
           CASE NO. 04 B 34052 CLARENCE HAMPTON & MARVA J HAMPTON